Prob 22
(Rev. 1/2001)

| **TRANSFER OF JURISDICTION** || DOCKET NUMBER (Tran. Court) 1:99cr55-001 |
| | | DOCKET NUMBER (Rec. Court) |
| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: George Melvin Bevre 17430 County Road #28 Colfax, ND 58018 | DISTRICT: Northern District of Florida | DIVISION: Gainsville |
| | NAME OF SENTENCING JUDGE: Maurice M. Paul, Sr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/7/05  TO 11/6/08 |

| OFFENSE: | Count 1 - Conspiracy to Commit Mail Fraud, Wire Fraud, and Interstate Transportation of Stolen Property (18 U.S.C. § 371) Count 18 - Conspiracy to Commit Money Laundering (18 U.S.C. § 1956(h)) |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Northern District of Florida**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above, be transferred with the records of the Court to the United States District Court for the District of North Dakota upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_September 12, 2006_
Date

_Maurice M. Paul, Sr._
United States District Court Judge

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **District of North Dakota**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer-supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Nov 7, 2006_
Effective Date

_Ralph R. Erickson_
United States District Court Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
GAINESVILLE, FLA.

2006 DEC -4 PM 12: 21

FILED